**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Stacy L. Douglas, SBN 199287
  sdouglas@everettdorey.com
Taini Adhikary, SBN 328308
  tadhikary@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant,
TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GUERRA,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; AND DOES 1-50,<br><br>    Defendants. | **Case No. 2:24-cv-10920-FMO-RAO**<br><br>[District Judge Fernando M. Olguin, Courtroom 6D]<br><br>**ORDER GRANTING JOINT STIPULATION [11] TO CAP DAMAGES AND REMAND ACTION TO STATE COURT**<br><br>Removal Filed: December 19, 2024<br>Action Filed: November 4, 2024 |

On January 24, 2025, the parties to the above-referenced action filed a Stipulation to Remand Action to State Court. The Court, having reviewed the Stipulation and good cause appearing therefore, ORDERS as follows:

1. The Stipulation to Remand Action to State Court is approved; and

2. United States District Court, Central District of California Case No. 2:24-cv-10920-FMO-RAO, "Julia Guerra v. Target Corporation," is hereby remanded to the Los Angeles County Superior Court.

3. The Clerk of the Court for the United States District Court is directed to forthwith deliver a certified copy of the Order of Remand directly to the Clerk of the

Superior Court of California, County of Los Angeles.

Dated: January 28, 2025

/s/
Hon. Fernando M. Olguin
Judge, United States District Court